IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02466-REB-BNB

SAN JUAN CITIZENS ALLIANCE,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF THE INTERIOR, an agency of the United States, and UNITED STATES BUREAU OF LAND MANAGEMENT, an agency within the United States Department of the Interior,

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Motion for Leave to File Reply in Support of Motion to Intervene by Western Energy Alliance** [docket no. 25, filed November 20, 2013] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept for filing the attached Reply in Support of Motion to Intervene by Western Energy Alliance.

DATED:  November 21, 2013