IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-02466-REB-BNB

SAN JUAN CITIZENS ALLIANCE,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF THE INTERIOR, an agency of the United States, and UNITED STATES BUREAU OF LAND MANAGEMENT, an agency within the United States Department of the Interior,

Defendant.

_____

**ORDER**
_____

Section 455(a), 28 U.S.C., requires that a judge disqualify or recuse himself where "his impartiality might reasonably be questioned." The provision is self-enforcing on the part of the judge. United States v. Pearson, 203 F.3d 1243, 1276 (10th Cir. 2000). Disqualification is appropriate "not only where there is actual or apparent bias or prejudice, but also when the circumstances are such that the judge's impartiality might be reasonably questioned." United States v. Ritter, 540 F.2d 459, 462 (10th Cir. 1976)(internal quotation and citation omitted).

After reviewing the case file, I conclude that my impartiality in this case might reasonably be questioned, and I should recuse myself from further service.

IT IS ORDERED:

(1)    I recuse myself from further service in this action;

(2)    The Clerk of the Court shall cause this case to be reassigned to another magistrate judge; and

(3) The scheduling conference and motion hearing set for this afternoon at 1:30 p.m., is VACATED.

Dated December 9, 2013.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge