**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02466-REB-KMT

SAN JUAN CITIZENS ALLIANCE,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF THE INTERIOR, an agency of the United States, UNITED STATES BUREAU OF LAND MANAGEMENT, an agency within the United States Department of the Interior,

    Defendants.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Concerning Motions for Summary Judgment of Judge Robert E. Blackburn entered on September 30, 2014 it is

    ORDERED That **JUDGMENT SHALL ENTER** in favor of the defendants, the United States Department of the Interior, an agency of the United States, and the United States Bureau of Land Management, an agency within the United States Department of the Interior; that the defendants are **AWARDED** their costs to be taxed by the clerk of the court under FED. R. CIV. P. 54(d)(1) and D.C.COLO.LCivR 54.1; and that this case is **DISMISSED**.

Dated at Denver, Colorado this 30th day of September, 2014.

                    FOR THE COURT:
                    JEFFREY P. COLWELL, CLERK

         By:  s/   A. Thomas

                    Deputy Clerk